UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE J. B., et al., | Case No.  26-cv-00230-SK |
| Plaintiffs, | |
| v. | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROBLOX CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *Doe J.B. et al. v. Roblox Corporation et al.*, No. 26-cv-00230-SK is related to *Doe A.C. et al. v. Roblox Corporation et al.*, No. 25-cv-09730-RS.

**IT IS SO ORDERED**.

Dated: January 20, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California